IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY L. OLIVER, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:21-cv-1416-E-BN |
| | § | |
| TERELL POLICE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore dismisses Plaintiff's complaint without prejudice to his filing an amended complaint within **21 days** of entry of this order. Failure to do so will result in dismissal of this case with prejudice without further notice.

SO ORDERED this 1st day of September, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE